BEFORE THE SECOND DIVISION, MARCH 2, 1966

**No. 69815.**—Gosho Trading Company, Inc. *v.* United States, protest 65/8672–15115 (Chicago).

Opinion by RAO, C.J. It appearing from the official papers that the protest was filed more that 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69816.**—Borneo Sumatra Trading Co., Inc., et al. *v.* United States, protests 61/15802, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiffs was sustained.